# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | Case No. 20-12522 (JTD) |
| Reorganized Debtors.[1] | (Jointly Administered) |
| | **Re: Docket No. 8658** |

| | |
|---|---|
| In re: | Chapter 11 |
| Acthar IP Unlimited Company, | Case No. 20-12524 (JTD) |
| Debtor. | |

| | |
|---|---|
| In re: | Chapter 11 |
| IMC EXPLORATION COMPANY, | Case No. 20-12526 (JTD) |
| Debtor. | |

| | |
|---|---|
| In re: | Chapter 11 |
| INFACARE PHARMACEUTICAL CORPORATION, | Case No. 20-12528 (JTD) |
| Debtor. | |

---

[1] A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

RLF1 28945417v.1

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INO THERAPEUTICS LLC, | ) | Case No. 20-12530 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LUDLOW LLC, | ) | Case No. 20-12533 (JTD) |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MAK LLC, | ) | Case No. 20-12536 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT APAP LLC, | ) | Case No. 20-12537 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT ARD FINANCE LLC, | ) | Case No. 20-12541 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |

2

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT ARD HOLDINGS INC., | ) | Case No. 20-12543 (JTD) |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT ARD HOLDINGS LIMITED, | ) | Case No. 20-12546 (JTD) |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT ARD IP UNLIMITED COMPANY, | ) | Case No. 20-12549 (JTD) |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT ARD LLC, | ) | Case No. 20-12551 (JTD) |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT BRAND PHARMACEUTICALS LLC, | ) | Case No. 20-12554 (JTD) |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MALLINCKRODT BUCKINGHAM UNLIMITED COMPANY, | ) ) ) | Case No. 20-12558 (JTD) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| MALLINCKRODT CANADA ULC, | ) ) ) | Case No. 20-12561 (JTD) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| MALLINCKRODT CB LLC, | ) ) ) | Case No. 20-12564 (JTD) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| MALLINCKRODT CRITICAL CARE FINANCE LLC, | ) ) ) | Case No. 20-12567 (JTD) |
| Debtor. | ) ) ) | |
| In re: | ) ) | Chapter 11 |
| MALLINCKRODT ENTERPRISES HOLDINGS, INC., | ) ) ) | Case No. 20-12568 (JTD) |
| Debtor. | ) ) ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT ENTERPRISES LLC, | ) | Case No. 20-12572 (JTD) |
| Debtor. | ) | |
| | | |
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT ENTERPRISES UK LIMITED, | ) | Case No. 20-12574 (JTD) |
| Debtor. | ) | |
| | | |
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT EQUINOX FINANCE LLC, | ) | Case No. 20-12523 (JTD) |
| Debtor. | ) | |
| | | |
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT GROUP S.À R.L., | ) | Case No. 20-12527 (JTD) |
| Debtor. | ) | |
| | | |
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT HOLDINGS GMBH, | ) | Case No. 20-12531 (JTD) |
| Debtor. | ) | |

RLF1 28945417v.1

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT HOSPITAL PRODUCTS INC., | ) | Case No. 20-12534 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT HOSPITAL PRODUCTS IP UNLIMITED COMPANY, | ) | Case No. 20-12538 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT INTERNATIONAL FINANCE SA, | ) | Case No. 20-12540 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT INTERNATIONAL HOLDINGS S.À R.L., | ) | Case No. 20-12544 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT IP UNLIMITED COMPANY, | ) | Case No. 20-12548 (JTD) |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT LLC, | ) | Case No. 20-12521 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT LUX IP S.À R.L., | ) | Case No. 20-12553 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT MANUFACTURING LLC, | ) | Case No. 20-12556 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT PHARMA IP TRADING UNLIMITED COMPANY, | ) | Case No. 20-12559 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT PHARMACEUTICALS IRELAND LIMITED, | ) | Case No. 20-12562 (JTD) |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT PHARMACEUTICALS LIMITED, | ) ) | Case No. 20-12565 (JTD) |
| Debtor. | ) ) ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT QUINCY S.À R.L., | ) | Case No. 20-12569 (JTD) |
| Debtor. | ) ) ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT UK FINANCE LLP, | ) | Case No. 20-12573 (JTD) |
| Debtor. | ) ) ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT UK LTD, | ) | Case No. 20-12576 (JTD) |
| Debtor. | ) ) ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT US HOLDINGS LLC, | ) | Case No. 20-12578 (JTD) |
| Debtor. | ) ) ) | |

RLF1 28945417v.1

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MALLINCKRODT US POOL LLC, | ) | Case No. 20-12580 (JTD) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| MALLINCKRODT VETERINARY, INC., | ) | Case No. 20-12582 (JTD) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| MALLINCKRODT WINDSOR IRELAND FINANCE UNLIMITED COMPANY, | ) | Case No. 20-12583 (JTD) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| MALLINCKRODT WINDSOR S.À R.L., | ) | Case No. 20-12584 (JTD) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| MCCH LLC, | ) | Case No. 20-12525 (JTD) |
| Debtor. | ) | |

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| MEH, INC., ) | Case No. 20-12529 (JTD) |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| MHP FINANCE LLC, ) | Case No. 20-12532 (JTD) |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| MKG MEDICAL UK LTD, ) | Case No. 20-12535 (JTD) |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| MNK 2011 LLC, ) | Case No. 20-12539 (JTD) |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| MUSHI UK HOLDINGS LIMITED, ) | Case No. 20-12542 (JTD) |
| ) | |
| Debtor. ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OCERA THERAPEUTICS, INC., | ) | Case No. 20-12545 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PETTEN HOLDINGS INC., | ) | Case No. 20-12547 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SPECGX HOLDINGS LLC, | ) | Case No. 20-12550 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SPECGX LLC, | ) | Case No. 20-12552 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ST OPERATIONS LLC, | ) | Case No. 20-12555 (JTD) |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ST SHARED SERVICES LLC, | ) | Case No. 20-12557 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ST US HOLDINGS LLC, | ) | Case No. 20-12560 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ST US POOL LLC, | ) | Case No. 20-12563 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| STRATATECH CORPORATION, | ) | Case No. 20-12566 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SUCAMPO HOLDINGS INC., | ) | Case No. 20-12570 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| SUCAMPO PHARMA AMERICAS LLC, ) | Case No. 20-12571 (JTD) |
| ) | |
| Debtor. ) | |
| | |
| In re: ) | Chapter 11 |
| ) | |
| SUCAMPO PHARMACEUTICALS, INC., ) | Case No. 20-12575 (JTD) |
| ) | |
| Debtor. ) | |
| | |
| In re: ) | Chapter 11 |
| ) | |
| THERAKOS, INC., ) | Case No. 20-12577 (JTD) |
| ) | |
| Debtor. ) | |
| | |
| In re: ) | Chapter 11 |
| ) | |
| VTESSE LLC, ) | Case No. 20-12579 (JTD) |
| ) | |
| Debtor. ) | |
| | |
| In re: ) | Chapter 11 |
| ) | |
| WEBSTERGX HOLDCO LLC, ) | Case No. 20-12581 (JTD) |
| ) | |
| Debtor. ) | |

**ORDER AND FINAL DECREE CLOSING CERTAIN CHAPTER 11 CASES IN CONNECTION WITH REORGANIZED DEBTORS' PLAN OF REORGANIZATION**

Upon the motion (the "***Motion***")[2] of the Reorganized Debtors for entry of a final decree closing the Chapter 11 cases of the Reorganized Debtors (other than Mallinckrodt plc) pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, all as more fully set forth in the Motion; and this Bankruptcy Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Refere*nce from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Reorganized Debtors, their estates and creditors, and other parties in interest; and this Court having found that the Reorganized Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted to the extent set forth herein.

2. Pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, the Reorganized Debtors' Chapter 11 cases identified on **Schedule 1** attached hereto (the "***Closing Cases***") are hereby closed; *provided*, *however*, that this Court shall retain such jurisdiction as is provided in the Plan and Confirmation Order.

3. For the avoidance of doubt, all motions, notices, and other pleadings relating to any of the Reorganized Debtors shall continue to be filed in the Chapter 11 case of Mallinckrodt plc.

4. The Clerk of this Court shall enter this Order individually on each of the dockets of the above-captioned Closing Cases and each of the dockets of the Closing Cases shall be marked as "Closed" effective as of the date of this Order.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

5.       Within thirty (30) days of entry of this Order, the Reorganized Debtors shall provide to the U.S. Trustee all quarterly reports not already filed, including reports for any partial quarter, and pay any Section 1930 Fees, including Section 1930 Fees for disbursements up through the date of entry of this Order, even if for a partial quarter.

6.       The caption for Case No. 20-12522 (JTD) shall be modified to read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MALLINCKRODT PLC | ) Case No. 20-12522 (JTD) |
| | ) |
| Reorganized Debtor[1] | ) |
| | ) |

---

[1]      The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc.  On [●], 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates.  A complete list of the debtor affiliates in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

7.       The requirement under Local Rule 3022-1(c) to file a final report with respect to the Closing Cases prior to the hearing on the Motion is waived, and such filing shall occur at the time of filing the final report in the Remaining Case.

8.       The Reorganized Debtors shall not be obligated to pay quarterly fees pursuant to 28 U.S.C. § 1930(a) with respect to the Closing Cases, nor shall any such quarterly fees accrue, during any period after the date of the entry of this Order.

9.       Entry of this Order is without prejudice to the rights of the Reorganized Debtors, the U.S. Trustee, or any other party in interest to seek to reopen the Closing Cases for cause pursuant to section 350(b) of the Bankruptcy Code, including the rights of the U.S. Trustee to seek

to reopen any of the Closing Cases to seek appropriate relief in the event of an unresolved dispute over the payment of Section 1930 Fees or the quarterly reports.

10. This Order (a) is without prejudice to the rights of the Reorganized Debtors, any of the creditor trusts formed pursuant to the Plan or any other party with requisite standing to commence, prosecute and/or resolve any Claims or Causes of Action; and (b) shall have no effect whatsoever on any contested matter or other matters pending before this Court, including any pending adversary proceedings or pending appeals.

11. In the event any order is entered on appeal vacating and/or remanding the Confirmation Order or requiring that a bar date be established in respect of Opioid Claims and such order is not timely appealed, the Reorganized Debtors will set a status conference with the Court within 14 days after the expiration of the time to appeal such order. Among any other issues that may be raised at the status conference, the Reorganized Debtors and any other parties in interest may address the need and process (if any) for reopening any of the Closing Cases on account of such appellate order.

12. All contested matters or adversary proceedings that have been filed or that may be filed in the future shall be administered in the case of Mallinckrodt plc, notwithstanding the fact that such contested matters or adversary proceedings may be asserted on behalf of or against another above-captioned Reorganized Debtor. Nothing in this Order shall affect the substantive rights of any party in interest, including the Reorganized Debtors and their successors in interest to any claims or defenses under the Plan or the Bankruptcy Code.

13. Notwithstanding the closure of the Closing Cases, the time to bring a recovery action under 11 U.S.C. § 550 against any transferee (or party for whose benefit any transfer was made) of any Reorganized Debtor shall be tolled until the earlier of (1) one year after the avoidance of a transfer in any pending adversary proceeding in these jointly administered cases or (2) the closure of *In re Mallinckrodt plc*, Case No. 20-12522 (JTD).

14. The Reorganized Debtors' claims and noticing agent, Kroll Restructuring Administration LLC (f/k/a Prime Clerk LLC) ("*Kroll*"), shall continue to provide access to the

docket for the Closing Cases at the website dedicated to the Reorganized Debtors' Chapter 11 cases until the Remaining Case is closed or unless otherwise ordered by the Court.

15. The Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

16. Notwithstanding any provision in the Bankruptcy Rules to the contrary, this Order shall be immediately effective and enforceable upon its entry.

**Dated: May 3rd, 2023**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

17

RLF1 28945417v.1